1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

5 | Attorneys for the United States



FILED

NOV 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY $29,989.00 IN U.S. CURRENCY, and

APPROXIMATELY $20,000.00 IN U.S. CURRENCY,

Defendants.

ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 20, 2012, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $29,989.00 in U.S. Currency and Approximately $20,000.00 in U.S. Currency (hereafter "defendant currency") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Richard J. Britt, there is probably cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for

1

Order Re Clerk's Issuance of Warrant for Arrest

the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 11/20/12

KENDALL J. NEWMAN
United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest

1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02841-GEB-KJN |
|---|---|
| Plaintiff, | |
| v. | WARRANT FOR ARREST OF ARTICLES *IN REM* |
| APPROXIMATELY $29,989.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $20,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

TO THE U.S. MARSHALS SERVICE OF THE EASTERN DISTRICT OF CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint of forfeiture has been filed on November 20, 2012, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $29,989.00 in U.S. Currency and Approximately $20,000.00 in U.S. Currency (hereafter "defendant currency") are subject to forfeiture to the United States pursuant to 21 U.S.C § 881 (a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime

1

Claims and Asset Forfeiture Actions ("Supplemental Rules") provides that when the United States files a complaint demanding forfeiture for a violation of a federal statute, the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control. The defendant currency is in the custody of the U.S. Marshals Service for the Eastern District of California;

WHEREAS, in addition, the United States Magistrate Judge Kendall J. Newman has ordered that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Richard J. Britt stating that there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s);

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant currency, and use discretion and whatever means appropriate to protect and maintain said defendant currency; and

IT IS FURTHER ORDERED that you shall provide notice of this action to all persons thought to have an interest in or claim against the defendant currency by serving upon such persons a copy of this warrant and a copy of the Verified Complaint for Forfeiture *In Rem* in a manner consistent with the Supplemental Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law. This warrant provides notice that in order to avoid forfeiture of the defendant currency, any person claiming an interest in, or right against, the property must file a verified claim, signed under penalty of perjury, identifying the interest in, or right against, the property in the manner set forth in Rule G(5)(a) of the Supplemental Rules, Federal Rules of Civil Procedure, except that in no event may such a claim be filed later than 35 days after the date notice of the forfeiture action and a copy of the complaint was sent or, as applicable, 60 days after the first day of publication on the official internet government forfeiture site www.forfeiture.gov posting the notice of forfeiture action. In addition, any person having

2

Warrant for Arrest

1 filed such a claim must also file an answer to the complaint or a motion under Rule G(5)
2 and Fed. R. Civ. P., Rule 12 no later than 21 days after the filing of the claim, with a copy
3 thereof sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100,
4 Sacramento, CA 95814.

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: 11/20/12, 2012

VICTORIA C. MINOR, Clerk

By: /s/ R. Umena-Sanchez
Deputy Clerk
United States District Court
Eastern District of California